**HODGSON RUSS LLP**
Jacquelyn R. Trussell
1540 Broadway, 24th Floor
New York, New York 10036
Phone: (212) 751-4300
Fax:    (212) 751-0928

*Attorneys for defendants Inbound Call Experts, LLC; Advanced Tech Supportco, LLC; PC Vitalware, LLC; Super PC Support, LLC; Robert D. Deignan; Paul M. Herdsman; Justin M. Wright; and Scott Grushoff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

ORNELLA ZOINO,

        Plaintiff,

vs.

INBOUND CALL EXPERTS, LLC, a Florida Limited Liability Company d/b/a Advanced Tech Support; ADVANCED TECH SUPPORTCO, LLC, a Florida Limited Liability Company; PC VITALWARE, LLC, a Florida Limited Liability Company; SUPER PC SUPPORT, LLC, a Florida Limited Liability Company; JOEL VILLACRUZ; ROBERT D. DEIGNAN; PAUL M. HERDSMAN; JUSTIN M. WRIGHT; and SCOTT GRUSHOFF,

        Defendants.

Civil No.: 2:15-cv-05919-JLL-JAD

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

---

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants Inbound Call Experts, LLC d/b/a Advanced Tech Support, Advanced Tech Supportco, LLC, PC Vitalware, LLC, and Super PC Support, LLC, each respectively a non-governmental party, certifies that the following are corporate parents, affiliates and/or

subsidiaries of said parties, which are publicly held, or publicly held corporations owning 10% or more of said parties' stock: None

Dated: August 4, 2015

**HODGSON RUSS LLP**

By: *(signature)*
Jacquelyn R. Trussell, Esq.
1540 Broadway, 24th Floor
New York, New York 10036
(212) 751-4300
*Attorneys for defendants Inbound Call Experts, LLC; Advanced Tech Supportco, LLC; PC Vitalware, LLC; Super PC Support, LLC; Robert D. Deignan; Paul M. Herdsman; Justin M. Wright; and Scott Grushoff*